*CHAMBERS OF THE HONORABLE
MARK D. FOX U.S. MAGISTRATE JUDGE*



# MEMORANDUM

DATE: August 23, 2006

TO: Honorable Stephen C. Robinson

FROM: Mark D. Fox, U.S. Magistrate Judge

RE: Transcript of Guilty Plea

      On **August 18, 2006** the Rule 11 allocution was completed in the matter of **United States of America -v- Christopher Hughes S5 06CR0122(SCR)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.
      If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted,

Mark D. Fox
U.S. Magistrate Judge

